UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**KAYLA JOHNSON ET AL**                    **CASE NO. 2:20-CV-00249**

**VERSUS**                                 **JUDGE JAMES D. CAIN, JR.**

**KRISTOPHER PRUETT ET AL**                **MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, after a de novo review of the record and considering the objections [doc. 105] filed by defendants, the court hereby **ADOPTS** the Report and Recommendations [doc. 104] issued by the Magistrate Judge. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Motion for Summary Judgment [doc. 82] be **GRANTED IN PART** and **DENIED IN PART**, with plaintiffs' federal claims alleging constitutional and civil rights violations pursuant to 42 U.S.C. § 1983 **DISMISSED WITH PREJUDICE**. **IT IS FURTHER ORDERED, ADJUDGED,** and **DECREED** that plaintiffs' state law claims be **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

**THUS DONE AND SIGNED** in Chambers on the 28th day of November, 2023.

_[signature]_
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**